IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 4TEC PRECISION IMAGING CO., d/b/a 4TEC INTEGRATION, <br><br> Plaintiff, <br><br> vs. <br><br> YRC, INC., d/b/a/ YRC FREIGHT, <br><br> Defendant. | Case No. 8:15CV249 <br><br> ORDER |

Upon notice of settlement given to the magistrate judge by David Buffo, counsel for defendant, on March 28, 2016,

**IT IS ORDERED:**

1. On or before **April 28, 2016,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for March 28, 2016, was cancelled upon the representation that this case is settled.

Dated: March 29, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge