# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 4 TEC PRECISION IMAGING CO.,<br><br>    Plaintiff,<br><br>vs.<br><br>YRC, INC., a Delaware Corporation;<br><br>    Defendant. | 8:15CV249<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation of Dismissal of Action (Filing No. 23). The Stipulation of Dismissal of Action complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal of Action (Filing No. 23) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 29th day of April, 2016

              BY THE COURT:

              s/Laurie Smith Camp
              Chief United States District Judge